UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| In re: | |
| Elizabeth Vega, | Case No. 22-70011 |
| | Chapter 13 |
| Debtor(s). | |
| | |
| Elizabeth Vega, | |
| Plaintiff, | Adv. Pro. No. |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION | |
| Defendant(s). | |

**COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOANS**

Plaintiff, Elizabeth Vega ("Plaintiff"), by and through her undersigned counsel, Marcos D. Oliva of Oliva Law, P.C., respectfully alleges as follows:

**I. NATURE OF CASE**

1. This is an adversary proceeding seeking a determination that Plaintiff's student loan obligations owed to the United States Department of Education ("USDOE") are

dischargeable under 11 U.S.C. § 523(a)(8) because repayment would impose an undue hardship.

## II. JURISDICTION AND VENUE

2. On January 31, 2022, Plaintiff commenced her underlying Chapter 13 bankruptcy case, Case No. 22-70011, in this Court.

3. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 1334 and 157.

4. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(I).

5. The venue is proper in this District pursuant to 28 U.S.C. § 1409(a).

6. This adversary proceeding is properly brought pursuant to Fed. R. Bankr. P. 7001(6).

## III. PARTIES

7. Plaintiff Elizabeth Vega resides at 1107 E. 8th Street, San Juan, Texas 78589.

8. Defendant United States Department of Education is a governmental entity authorized to make, guarantee, and service student loans. Its principal office is located at 400 Maryland Ave. SW, Washington, D.C. 20202.

## IV. FACTUAL BACKGROUND

9. Plaintiff borrowed approximately $52,979.00 in federal student loans to finance her higher education. The current balance is approximately $44,965.61. A detailed loan listing is attached hereto as Exhibit 1.

10. Plaintiff attended the following institutions:

  a. University of Texas, Pan American – Bachelor's in Communication;

 b. University of Texas Rio Grande Valley – Master's in Reading and Literacy;

 c. Lamore University – Principalship certification program.

11. Pursuant to the loan terms, repayment commenced approximately six months after the Plaintiff ceased full-time enrollment.

12. Under the USDOE's Standard Repayment Plan, Plaintiff would be obligated to pay approximately $502.64 per month for 10 years.

13. Since repayment began, Plaintiff has:

 a. Made approximately 35 payments totaling $1,800;

 b. Received 11 cumulative forbearances and deferments totaling over 132 months;

 c. Applied for Income-Driven Repayment; and

 d. Applied for federal consolidation.

14. The Plaintiff is employed as a teacher with the Pharr-San Juan-Alamo Independent School District. Her gross monthly income is approximately $5,885.00.

15. Plaintiff's total household income is approximately $6,630.49. Household expenses are $3,579.20, plus a $3,050 Chapter 13 plan payment, for a total of $6,629.20.

## V. CLAIM FOR RELIEF – UNDUE HARDSHIP UNDER 11 U.S.C. § 523(a)(8)

16. Section 523(a)(8) excepts certain student loans from discharge unless repayment would impose an undue hardship on the debtor and her dependents.

17. The controlling test is the three-prong Brunner test, *Brunner v. New York State Higher Educ. Servs. Corp.*, 831 F.2d 395 (2d Cir. 1987).

18. Plaintiff satisfies all three prongs:

 a. **Minimal Standard of Living:** Plaintiff cannot maintain a minimal standard of living

for herself and her household if required to repay student loans in addition to current expenses.

b. **Persistence of Circumstances:** Plaintiff's financial circumstances are unlikely to materially improve for a significant portion of the repayment period.

c. **Good Faith:** Plaintiff has demonstrated good faith efforts to repay her loans, including making payments, seeking forbearances, applying for IDR, and seeking consolidation.

19. Repayment of Plaintiff's student loans would impose an undue hardship within the meaning of § 523(a)(8).

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment:

A. Determining that Plaintiff's student loan obligations owed to Defendant are dischargeable under 11 U.S.C. § 523(a)(8);

B. Declaring such student loans discharged pursuant to 11 U.S.C. § 1328(a); and

C. Awarding such other relief as the Court deems just and proper.

Dated: September 19, 2025

Respectfully Submitted,

By: /s/ Marcos D. Oliva
Marcos D. Oliva
Marcos D. Oliva, PC
223 W Nolana Ave
McAllen, TX 78504-2500
(956) 683-7800 office
marcos@oliva.law

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Complaint To Determine Dischargeability Of Student Loans was served on the date that it was filed electronically.  Service was accomplished by the method and to the following as indicated: BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

      /s/ Marcos D. Oliva

Yvonne V. Valdez (via ECF)
Chapter 13 Trustee
539 N. Carancahua Ste. 800
Corpus Christi, Texas 78401

DEBTOR: (by regular First Class Mail)
Elizabeth Vega
1107 E 8th St
San Juan, TX 78589

Via Regular First Class Mail to all the following:
Office of the United States Trustee
Attn: Civil Division – Bankruptcy
615 E. Houston Street, Suite 533
San Antonio, TX 78205

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-001

Office of the General Counsel
U.S. Department of Education
Attn: Deputy General Counsel
LBJ Department of Education Building
400 Maryland Ave., SW
Washington, DC 20202

**Exhibit #1**

**List of loans with current balances**

| Loan Type (Loan Holder/Servicer) | Principal Balance | Accrued Interest | Status |
|---|---|---|---|
| DIRECT STAFFORD UNSUBSIDIZED(DEPT OF ED/MOHELA) | $15,640.70 | $156.21 | BANKRUPTCY CLAIM, ACTIVE |
| DIRECT STAFFORD UNSUBSIDIZED(DEPT OF ED/MOHELA) | $5,064.89 | $54.90 | BANKRUPTCY CLAIM, ACTIVE |
| DIRECT STAFFORD UNSUBSIDIZED(DEPT OF ED/MOHELA) | $9,274.36 | $100.54 | BANKRUPTCY CLAIM, ACTIVE |
| DIRECT STAFFORD UNSUBSIDIZED(DEPT OF ED/MOHELA) | $3,636.42 | $35.82 | BANKRUPTCY CLAIM, ACTIVE |
| DIRECT STAFFORD UNSUBSIDIZED(DEPT OF ED/MOHELA) | $9,704.14 | $95.63 | BANKRUPTCY CLAIM, ACTIVE |
| FFEL CONSOLIDATED(DEUTSCHE BANK ELT NAVIENT & SLM TRUSTS) | $1,084.00 | $118.00 | BANKRUPTCY CLAIM, ACTIVE |